PECO
2301 Market Street
Philadelphia, PA 19103